

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

MAR 09 2020
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

DIA

# UNITED STATES DISTRICT COURT - MARYLAND

Case No. GLS 20CV0638

*(to be filled in by the Clerk's Office)*

RICHARD M. GABLE

*Plaintiff's) (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)*

X Yes

No

-V

SEAN HANOVER

*Defendant(s) (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an addisional page with the full list of names.)*

## COMPLAINT FOR A CIVIL CASE

### I.

### The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name
Richard M. Gable Street Address
29812 Cheryl Court City and County
Mechanicsville - St. Mary's County State and Zip Code
Maryland 20659 Telephone Number
2403002787 E-mail Address
gable.richard71@gmail.com



**The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (*if known*). Attach additional pages if needed. Defendant No. 1

Name
Sean Hanover Job or Title *(if known)* Hanover Law PC Esq. (CLOSED) Street Address
6120 Glen Falls

City and County
Baltimore County State and Zip Code
Maryland 21136 Telephone Number
Unknown E-mail Address *(if known)* seanhanover@hanoverlawpc.com (CLOSED)

Defendant No. 2

Name Job or Title *(if known)* Street Address City and County State and Zip Code Telephone Number E-mail Address *(if known)*

Defendant No.3

Name Job or Title *(if known)* Street Address City and County State and Zip Code Telephone Number E-mail Address *(if known)*

Defendant No. 4

Name Job or Title *(if known)* Street Address City and County State and Zip Code Telephone Number



E-mail Address *(if known)*

**II.**
**Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. $ 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. $ 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

Federal question
D Diversity of citizenship

Fill out the paragraphs in this section that apply to this case,

A.

**If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

VIOLATION OF MY CONSTITUTIONAL RIGHTS THE RIGHT TO ATTORNEY CLIENT PRIVILEGE; RIGHT TO EVIDENCE, AND THE RIGHT TO FAIR AND EQUITABLE PRACTICES. THE RIGHT TO DUE PROCESS WAS VIOLATED. THE 6TH AMENDMENT RIGHT WAS VIOLATED BY THE ATTORNEY I HIRED AND PAID IN FULL OF $30,000. SEAN HANOVER MADE AN ILLEGAL DEAL WITH THE ATTORNEY'S OF THE DEFENSE AND

SUPPRESSED; WITHHELD, AND VIOLATED MY EVIDENCE. I HAVE BEEN FIGHTING EVER SINCE DUE TO THE VIOLATION OF THE BASIC RIGHTS FOR PROTECTION AND THE RIGHT TO ATTORNEY CLIENT PRIVILEGE WITHOUT ANY ILLEGAL DEALS BEING MADE BETWEEN MY ATTORNEY AND THE DEFENSE TO SHUT MY CASE DOWN ILLEGALLY. **If the Basis for Jurisdiction Is Diversity of Citizenship**

The Plaintiff(s)

If the plaintiff is an individual The plaintiff, *(name)* Richard M Gable State of *(name)* Maryland

, is a citizen of the

b.

, is incorporated

If the plaintiff is a corporation The plaintiff, *(name)* under the laws of the State of *(name)* and has its principal place of business in the State of *(name)*

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

The Defendant(s)

a.

If the defendant is an individual The defendant, *(name)* Sean Hanover the State of *(name)* Maryland *(foreign nation)*

, is a citizen of . Or is a citizen of

, is incorporated under

, and has its

If the defendant is a corporation The defendant, *(name)* the laws of the State of *(name}* principal place of business in the State of *(name)* Or is incorporated under the laws of *(foreign nation)* and has its principal place of business in *(name)*

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain):*

## III.

**Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.



VIOLATION OF MY 6TH AMENDMENT RIGHT FOR ATTORNEY CLIENT PRIVILEGE. I PAID THIS ATTORNEY SEAN HANOVER IN FULL UP FRONT. HE WAS TO PROTECT ME AND HAVE MY EVIDENCE BE BROUGHT FORTH FOR THE SIDE OF THE PLAINTIFF. INSTEAD; AS HE ADMITTED IN WRITING, AND IN FRONT OF MY WITNESS AUDIBLE, HE SUPPRESSED; WITHHELD, AND KEPT MY EVIDENCE FROM THE COURT AS AN ILLEGAL DEAL WAS MADE BETWEEN THIS ATTORNEY

AND THE DEFENSE. IT WAS HORRIBLE; ILLEGAL, AND HE TOOK MY RIGHT FOR FAIR AND EQUITABLE PRACTICES; EVIDENCE RIGHTS,

AND ATTORNEY CLIENT PRIVILEGE AWAY UNJUSTLY

Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. VI THE SUM OF THE CLAIM AS HE WITHHELD; SUPRESSED, AND PRE-MEDITATED, AS WELL AS SABATOGE MY CONSTITUTIONAL RIGHTS FOR DUE PROCESS. I AM ASKING FOR THE RELIEF OF THE WORTH OF MY GROSS MEDICAL NEGLIGENCE WITH INTENT TO HARM, MEDICAL MALPRACTICE CASE, THE PAIN AND SUFFERING, AND VIOLATION OF MY CONSTITUTIONAL RIGHTS, AS WELL AS THE ADDED YEARS OF SUFFERING I HAVE HAD TO ENDURE. THE RELIEF I AM REQUESTING IS FOR THE VALUE OF MY ORIGINAL CLAIM/CASE. $10,000,000

## Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.

**For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:
02/19/2020

Signature of Plaintiff *U* Printed Name of Plaintiff
*nde* Richard M Gable

**For Attorneys**



RICHARD M. GABLE

Plaintiff,

Vs.
Civil Action No.

ATTORNEY SEAN HANOVER,

Defendant.

T RICHARD M. GABLE AM FILING THIS CLAIM AGAINST ATTORNEY SEAN HANOVER I HIRED IN JUNE OF 2015 AS *MY* ATTORNEY, FOR MY GROSS MEDICAL NEGLIGENCE WITH INTENT TO HARM CASE. MY CLAIM *WAS* VIOLATED AFTER I PAID ATTORNEY HANOVER IN FULL $30,000 FOR DUE PROCESS TO BE OBTAINED. SEAN HANOVER VIOLATED MY CONSTITUTIONAL RIGHTS AS THE CONSTITUTION AFFORDS ME DUE PROCESS WITHIN ATTORNEY CLIENT PRIVILEGE. THIS ATTORNEY ADMITTED VERBALLY AND IN E-MAIL THAT A DEAL *WAS* MADE BETWEEN THE DEFENSE ATTORNEY SEABROOKE AND THE REST OF THE ASSISTANT ATTORNEY'S ON THAT DEFENSE TEAM. THIS WAS AN ILLEGAL DEAL AND ONE THAT VIOLATED MY CONSTITUTIONAL RIGHTS FOR FAIR AND EQUITABLE PRACTICES, AND ATTORNEY CLIENT PRIVILEGE, BOTH GROSSLY VIOLATED. THE DEAL WAS TO SUPPRESS MY EVIDENCE; NOT ALLOW MY WITNESSES, AND PREVENT THE ACTUAL DOCTORS AND SURGEONS WHO WERE THERE AT THE TIME OF MY MALPRACTICE, TO COME FORWARD. THEREFORE, MY CASE *WAS* ON DELAY AND SABOTAGE AS THE LAW *WAS* BROKEN. THE RULE OF LAW OF EVIDENCE; MY ATTORNEY CLIENT PRIVILEGE, AND PREMEDITATED HARM, AS WELL AS A LITIGATION WAR FOR THE PURPOSE TO SABOTAGE AND DENY ME DUE PROCESS WAS DONE TO ME BY THIS ATTORNEY.

THIS LITIGATION WAR AGAINST ME FROM MY FORMER ATTORNEY AND THE DEFENSE TEAM OF LAWYERS, WHO WERE AGAINST MY CLAIM AND WORKING TOGETHER AGAINST MY RIGHT TO EVIDENCE. I AM STILL FIGHTING MY CASE AS HANOVER HAD TO STEP DOWN FROM THE FEDERAL COURT CASE REPRESENTING ME, FOR ILLEGAL ACTION WAS DONE ON HIS PART. I AM STILL FIGHTING FOR MY EVIDENCE TO BE HEARD SINCE UNBEKNOWNST TO ME HE SIGNED A DOCUMENT FROM THE DEFENSE STATING THE EVIDENCE HE SIGNED OFF ON? I HIRED HIM TO BRING FORTH EVIDENCE FROM 2013-2015; THE ATTORNEY ZIMMER FILE, AND HE MADE AN ILLEGAL DEAL AND

(Richard M. Gable)
4/19/2020

RICHARD M. GABLE PRO SE
DATE:

Richard M. Gable
4/19/2020